[No. 24374-1-II.   Division Two.   February 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DERAHN LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01485-1, Sergio Armijo, J., entered January 21, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 24475-6-II.   Division Two.   February 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM L. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01780-9, Richard D. Hicks, J., entered March 4, 1999. *Affirmed* by unpublished opinion per Wood, J. Pro Tem., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 24583-3-II.   Division Two.   February 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOAN VAN TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00022-1, Terry D. Sebring, J., entered April 13, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 24983-9-II.   Division Two.   February 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALDOREN F. KAUZLARICH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04707-2, Thomas Felnagle, J., entered August 13, 1999. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.